[No. 29416-1-III.   Division Three.   August 25, 2011.]

JILL DAMIANO ET AL., *Appellants*, v. JON CHARLES LIND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00569-7, Allen Nielson, J., entered September 7, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 64443-2-I.   Division One.   August 29, 2011.]

JPMORGAN CHASE BANK, NA, *Respondent*, v. F. CHRISTOPHER PACE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 09-2-02484-3, Steven J. Mura, J., entered November 6, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Schindler, JJ.

[No. 65338-5-I.   Division One.   August 29, 2011.]

COLLEGEGEAR.COM, INC., *Plaintiff*, v. ALKI SPORTS, LLC, ET AL., *Defendants*, ENGSTROM PROPERTIES, LLC, *Petitioner*, CHAD BAERWALDT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-39870-8, Timothy A. Bradshaw, J., entered April 23, 2010. *Reversed* and *remanded with instructions* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.

[No. 65439-0-I.   Division One.   August 29, 2011.]

*In the Matter of the Dependency of* A.K.I.

RANDY JUAREZ, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-7-00691-8, Ronald L. Castleberry, J., entered May 7, 2010. *Reversed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Cox, JJ.